UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No:  02-CR-20054

v.

                                    Judge: David M. Lawson

DAMARIS RICHELLE MOORER,

        Defendant.

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To: Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

*Add the following AUSA(s):*

| | |
|---|---|
| Name: | Barbara Colby Tanase |
| Bar ID: | P38539 |
| Telephone: | (989) 895-5712 |
| Fax: | (989) 895-5790 |
| Email: | barbara.tanase@usdoj.gov |

*Terminate the following AUSA(s):*

| | |
|---|---|
| Name: | Michael Hluchaniuk |
| Telephone: | (989) 895-5712 |

      February 29, 2008

                                            s/ Barbara Colby Tanase

                                            Assistant United States Attorney
                                            101 First Street, Suite 200
                                            Bay City, MI  48708
                                            (989) 895-5712
                                            Fax number: (989) 895-5790
                                            E-mail: Barbara.Tanase@usdoj.gov
                                            P38539